Motion Granted; Appeal Dismissed and Memorandum
Opinion filed December 9, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-01086-CV

____________

 

DOUG HALL, Appellant

 

V.

 

MITCHELL GRASKA D/B/A/ FELTON’S RV SERVICES, Appellee

 



 

On Appeal from County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 896,066

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 25, 2009.  On December 1, 2010, appellant
filed a motion to dismiss the appeal because the case has been settled.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges, Justices Yates
and Jamison.